Ezequiel GARCIA, Plaintiff— Appellant,

and

Shawn Butler, Plaintiff,

v.

Dikran MELKONIAN; Claudia Sapien; Javier Mora; Roger Ruggiero; Steven Chung, Defendants—Appellees.

Ezequiel Garcia, Plaintiff,

and

Shawn Butler, Plaintiff—Appellant,

v.

Dikran Melkonian; Claudia Sapien; Javier Mora; Roger Ruggiero; Steven Chung, Defendants—Appellees.

Nos. 01–56668, 01–56675.
D.C. Nos. CV–00–02033–R, CV–00–00230–R.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 17, 2003.

Decided Feb. 3, 2003.

Before FRIEDMAN,* KOZINSKI and RAWLINSON, Circuit Judges.

MEMORANDUM**

The district court erred in granting defendants' Rule 50 motions because the evidence, viewed in the light most favorable to plaintiffs, could easily support a verdict in their favor on the dismissed claims. *See Santos v. Gates,* 287 F.3d 846, 851 (9th Cir.2002). On remand, the case shall be assigned to another district judge. *See United States v. Sears, Roebuck & Co.,* 785 F.2d 777, 779–81 (9th Cir.1986).

---

* Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.